# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )
                 Plaintiff          )     CRIMINAL NO. ___07MJ 2892___
                                    )
                                    )          ORDER
          vs.                       )
                                    )     RELEASING MATERIAL WITNESS
                                    )
     Escobar-Gutierrez              )
                                    )     Booking No.
                 Defendant(s)       )
_____)

On order of the United States ~~District/~~ Magistrate Judge,  Barbara L. Major

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:    (Bond Posted / Case Disposed / Order of Court).

Sandro Salcido-Valle

DATED:  12/27/07

                                    Barbara L. Major
                            UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                         OR
              DUSM

                                    W. SAMUEL HAMRICK, JR.   Clerk

                                        by
                                            Deputy Clerk