| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | CARLOS O. CANTU |
| | Assistant United States Attorney |
| 3 | Government Attorney |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-57566 |
| | Facsimile:  (619) 235-2757 |
| 6 | Email: carlos.cantu@usdoj.gov |
| 7 | Attorneys for Plaintiff |
| | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07 CR 3466-W |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| | ) | |
| 1) Jesus ESCOBAR-Gutierrez | ) | |
| 2) Alejandro ALEMAN | ) | |
| 3) Victor Manuel ARREDONDO-Guzman | ) | |
| 4)) Johnny PULIDO | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel for the United States in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

Carlos O. Cantu

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

Lauren Barefoot.

Please call me at the above-listed number if you have any questions about this notice.

DATED: February 26, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Carlos O. Cantu*

Carlos O. Cantu
Special Assistant United States Attorney

Notice of Appearance
United States v. Jesus EscobarGutierrez, et al. 2                           07cr 3466-W

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 1) Jesus ESCOBAR-Gutierrez ) <br> 2) Alejandro ALEMAN ) <br> 3) Victor Manuel ARREDONDO-Guzman ) <br> 4) Johnny PULIDO ) <br> ) <br> Defendants. ) <br> ) | Case No. 07 CR 3466-W <br><br> **CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Carlos O. Cantu, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated February 26, 2008, and this Certificate of Service, dated February 26, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Jami L. Ferrara**

**jamiferrara@msn.com**

**Linda Lopez**

**linda_lopez@fd.org**

**Howard B. Frank**

**hbfandjm@aol.com**

Notice of Appearance
United States v. Jesus EscobarGutierrez, et al.   3                                07cr 3466-W

1  **Thomas S. Sims**

2  **tsims@san.rr.com**

3

4  *Attorneys for defendants*

5

6  I declare under penalty of perjury that the foregoing is true and correct.

7  Executed on February 26, 2008.

8

9  /s/ ***Carlos O. Cantu***
   Carlos O. Cantu
10  Special Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  Notice of Appearance
28  United States v. Jesus EscobarGutierrez, et al. 4                    07cr 3466-W